*Office of Elizabeth F. Rojas*
*Chapter 13 Trustee*
*15260 Ventura Blvd., Suite 710, Sherman Oaks, CA 91403*
(818) 933-5700 Office    (818) 933-5755 Fax

---

June 16, 2021

| | |
|---|---|
| To: | Clerk, U.S. Bankruptcy Court |
| Re: | Undistributed Funds |
| Case #: | 1:16-bk-12579-MT |
| Debtor(s): | Nafees Memon<br>19726 Eagle Ridge Lane<br>Porter Ranch, CA 91326 |

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| | |
|---|---|
| Payee: | Abdullah Sillah, JUSTICE AT WORK LAW GROUP, LLP<br>1550 THE ALAMEDA, #302, SAN JOSE, CA 95126 |
| Amount: | $ 3.00 |

*Elizabeth F Rojas* (signature)

Elizabeth F. Rojas
Chapter 13 Trustee