Fill in this information to identify the case:

Debtor 1    _Nafees_ _____    _Memon_
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the Central District of California

Case number:    _1:16-bk-12579 MT_

```
┌─────────────────────────────┐
│          FILED              │
│  ┌───────────────────────┐  │
│  │     DEC 0 1 2022       │  │
│  └───────────────────────┘  │
│  CLERK U.S. BANKRUPTCY COURT│
│  CENTRAL DISTRICT OF CALIFORNIA│
│  BY:              Deputy Clerk│
└─────────────────────────────┘
```

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1.  Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | 29,378.33 |
| Claimant's Name: | Fenta Takele |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 4598 34th ST APT·12 San Diego, CA 92116 (707) 244-1289 fenta.takelee@gmail.com |

### 2.  Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (check the statements that apply):

[✓]  Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[ ]  Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

[ ]  Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).

[ ]  Applicant is a representative of the deceased Claimant's estate.

### 3.  Supporting Documentation

[✓]  Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

The Claimant is the party entitled to the unclaimed funds.
The Applicant is the party filing the application. The Applicant and Claimant may be the same.
Owner of Record is the original payee.

**4.  Notice to United States Attorney**

☒  Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Central District of California
Civil Process Clerk
Federal Building, Room 7516 300
North Los Angeles Street Los
Angeles, CA 90012

| | |
|---|---|
| **5. Applicant Declaration**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: _11-15-22_<br><br>_Fenta Takele_ (signature)<br>Signature of Applicant<br><br>_Fenta Takele_<br>Printed Name of Applicant<br><br>Address: _4598 29th St Apt 12_<br>_San Diego, CA 92116_<br><br>Telephone: _(707) 224-1229_<br><br>Email: _fentakelee@gmail.com_ | **5. Co-Applicant Declaration (if applicable)**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: _____<br><br>_____<br>Signature of Co-Applicant (if applicable)<br><br>_____<br>Printed Name of Co-Applicant (if applicable)<br><br>Address: _____<br><br>Telephone: _____<br><br>Email: _____ |
| **6.  Notarization**<br>STATE OF _Florida_<br><br>COUNTY OF _Lee_<br><br>This Application for Unclaimed Funds, dated _11-15-2022_ was subscribed and sworn to before me this _15th_ day of _November_, 20 _22_ by<br><br>_Fenta Takele_<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)       Notary Public _Jacob Lopez_<br><br>My commission expires: _01/22/2024_<br><br>JACOB LOPEZ<br>NOTARY PUBLIC · STATE OF FLORIDA<br>COMMISSION #GG950173<br>My Commission Expires 01/22/2024 | **6. Notarization**<br>STATE OF _____<br><br>COUNTY OF _____<br><br>This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20 _____ by<br><br>_____<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)       Notary Public _____<br><br>My commission expires: _____ |

LABOR COMMISSIONER, STATE OF CALIFORNIA
Department of Industrial Relations
Division of Labor Standards Enforcement
605 West Santa Ana Blvd., Rm 625, Building 28
Santa Ana  CA  92701
Tel: (714) 558-4910   Fax: (714) 558-4728

Plaintiff:  FENTA TAKELE

Defendant: NAFIS MEMON, AN INDIVIDUAL AKA NAFEES MEMON
DBA COMMAND INTERNATIONAL SECURITY
SERVICES

| State Case Number | |
|---|---|
| 18 - 94001  NQ | **NOTICE OF PAYMENT DUE** |

You have been served a copy of the Labor Commissioner's Order, Decision or Award.

If the full amount of the sums set forth in the Order, Decision or Award is received by this office within ten (10 ) days of the date the Order, Decision or Award was served upon you, no judgment will be entered in this matter.

Payment must be made by certified check, cashier's check or money order (no other tender will be accepted) made payable to the Plaintiff named in the Order, Decision or Award, and  addressed to the Office of the Labor Commissioner at the address shown above.

DATED:    August 8, 2016          *Norma Quezada*      714

                                Norma Quezada          Deputy Labor Commissioner
                                714-558-4593

LSE 550 (Rev 1/11)                 NOTICE OF PAYMENT DUE                          L.C. 98

STATE OF CALIFORNIA
DEPARTMENT OF INDUSTRIAL RELATIONS
DIVISION OF LABOR STANDARDS ENFORCEMENT

## CERTIFICATION OF SERVICE BY MAIL
### (C.C.P. 1013A) OR CERTIFIED MAIL

I, _____ Jose Gaitan _____, do hereby certify that I am a resident of or employed in the County of _____ Orange _____, over 18 years of age, not a party to the within action, and that I am employed at and my business address is:

**LABOR COMMISSIONER, STATE OF CALIFORNIA**
**605 West Santa Ana Blvd., Rm 625, Building 28**
**Santa Ana  CA  92701**
**Tel: (714) 558-4910   Fax: (714) 558-4728**

I am readily familiar with the business practice of my place of business for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On _____ August 9, 2016 _____ at my place of business, a copy of the following document(s):

____ **Order, Decision or Award of the Labor Commissioner** ____

was(were) placed for deposit in the United States Postal Service in a sealed envelope, by first class mail _____, with postage fully prepaid, addressed to:

NOTICE TO   **FENTA TAKELE**
**4598 39th STREET, APT. 12**
**SAN DIEGO, CA 92116**

and that envelope was placed for collection and mailing on that date following ordinary business practices.

*I certify under penalty of perjury that the foregoing is true and correct.*

Executed on: _____ August 9, 2016 _____   at   _____ Santa Ana _____, California

STATE CASE NUMBER:  18-94001  NQ

*Jose Gaitan*
Jose Gaitan

E 544 PLT (3/06)                    CERTIFICATION OF MAILING                    L C 98

STATE OF CALIFORNIA
DEPARTMENT OF INDUSTRIAL RELATIONS
DIVISION OF LABOR STANDARDS ENFORCEMENT

## CERTIFICATION OF SERVICE BY MAIL
## (C.C.P. 1013A) OR CERTIFIED MAIL

I, _____Jose Gaitan_____, do hereby certify that I am a resident of or employed in the County of _____Orange_____, over 18 years of age, not a party to the within action, and that I am employed at and my business address is:

**LABOR COMMISSIONER, STATE OF CALIFORNIA**
**605 West Santa Ana Blvd., Rm 625, Building 28**
**Santa Ana  CA  92701**
**Tel: (714) 558-4910   Fax: (714) 558-4728**

I am readily familiar with the business practice of my place of business for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On _____August 9, 2016_____ at my place of business, a copy of the following document(s):

**Order, Decision or Award of the Labor Commissioner**

was(were) placed for deposit in the United States Postal Service in a sealed envelope, by first class mail _____, with postage fully prepaid, addressed to:

NOTICE TO  **NAFIS MEMON**
18928 KILFINAN STREET
PORTER RANCH, CA 91326

and that envelope was placed for collection and mailing on that date following ordinary business practices.

*I certify under penalty of perjury that the foregoing is true and correct.*

Executed on: _____August 9, 2016_____ at _____Santa Ana_____, California

STATE CASE NUMBER:  18-94001-NO

_____
*Jose Gaitan*
Jose Gaitan

E 544 DEF #1 (3/06)                    CERTIFICATION OF MAILING                    LC 98

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>NAFEES MEMON<br><br>Debtor(s) | Case No. SV 16-12579-MT<br><br><br>Chapter   13 |
| | **NOTICE OF  HEARING**<br><br>DATE: 3/28/17<br>TIME: 11:00 a.m.<br>Courtroom:   302 |

**NOTICE IS HEREBY GIVEN** that a hearing on Creditor Fenta Takele's Motion to Dismiss Bankruptcy Case is scheduled for March 28, 2017 at 11:00 A.M. before the Hon. Maureen Tighe, Bankruptcy Judge, in Courtroom 302, 3rd Floor, U. S. Bankruptcy Court, San Fernando Valley Division, 21041 Burbank Blvd., Woodland Hills CA 91367.   The parties are directed to serve this notice on any other interested parties.

Dated:  January 27, 2017

Kathleen J Campbell
U.S. BANKRUPTCY COURT

By: Julie Cetulio
Deputy Clerk

Reschedule HEARING NOTICE
6/21/13     JW

I certify that a copy of this Notice was mailed to parties below on

January 27, 2017

DATED:    January 27, 2017

BY    Julie Cetulio
Deputy Clerk

## SERVICE LIST

**Electronic Notice:**

William R Ramsey
will@ramsey-law.com

Elizabeth F Rojas
Chapter 13 Trustee

**U.S. Mail Notice:**

Nafees Memon
19726 Eagle Ridge Lane
Porter Ranch CA 91326

Fenta Takele
2445 Kathleen Place
San Diego CA 92105