**FILED & ENTERED**

**JAN 24 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY egonzale DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>Nafees Memon<br><br>Debtor(s). | Case No.: 1:16-bk-12579-MT<br><br>CHAPTER 13<br><br>**ORDER (1) SETTING HEARING ON APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS; AND (2) REQUIRING PERSONAL APPEARANCE OF CLAIMANT FENTA TAKELE**<br><br>Date:        March 6, 2023<br>Time:       10:00 a.m.<br>Courtroom:  302<br>              U.S. Bankruptcy Court<br>              21041 Burbank Bl.<br>              Woodland Hills, CA 91367 |

On December 1, 2022, Fenta Takele ("Claimant") filed an Application for Payment of Unclaimed Funds (the "Application," ECF doc. 115), asserting that they are entitled to receive unclaimed funds in the amount of $29,378.33 that are on deposit with the Court. Having reviewed the Application, the documents submitted in support, and for good cause appearing,

-1-

    **IT IS HEREBY ORDERED** that Claimant Fenta Takele shall appear in-person on **March 6, 2023, at 10:00 a.m.**, in Courtroom 302 of the United States Bankruptcy Court, San Fernando Valley Division, 21041 Burbank Bl., Woodland Hills, CA, 91367; and

    **IT IS FURTHER ORDERED** that Claimant shall bring with them to the hearing a government issued photo identification for inspection by the Court; and

    **IT IS FURTHER ORDERED** that Claimant may be requested to answer questions under the penalty of perjury regarding the statements made in the *Application for Payment of Unclaimed Funds*, and the documents submitted in support of the Application.

###

Date: January 24, 2023

Maureen A. Tighe
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *Order (1) Setting Hearing on Application for Payment of Unclaimed Funds; and (2) Requiring Personal Appearance of Claimant Fenta Takele* was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of 1/24/2023, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

William R Ramsey    will@ramsey-law.com, ken@ramsey-law.com
Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
Huy N Tran    Huy@JawLawGroup.com, Jocelyn@JawLawGroup.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2.    SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

| | | |
|---|---|---|
| Fenta Takele<br>2445 Kathleen Pl<br>San Diego, CA 92105 | Fenta Takele<br>4598 39th Street, Apt. 12<br>San Diego, CA 92116 | Fenta Takele<br>P.O. Box 740597<br>San Diego, CA 92174 |

☐ Service information continued on attached page

**3.    TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page