

**FILED & ENTERED**

**MAR 07 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** egonzale **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Nafees Memon<br><br><br><br>Debtor(s). | Case No.: 1:16-bk-12579-MT<br><br>CHAPTER 13<br><br>**ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**<br><br>Date:        March 6, 2023<br>Time:       10:00 AM<br>Courtroom: 302 |

On December 1, 2022, Fenta Takele ("Claimant") filed an *Application for Payment of Unclaimed Funds* (the "Application," ECF doc. 115), asserting that they are entitled to receive unclaimed funds in the amount of $29,378.33 that are on deposit with the Court. Having reviewed the Application and the documents submitted in support, the Court set a hearing on the Application for March 6, 2023 and sent notice to the three addresses the Court had on the record for Claimant, including the address listed by Claimant on the Application. See bankr. ECF doc. 116, January 24, 2023. All three notices were returned to the Court as undeliverable.

-2-

On March 6, 2023, AT 10:00 a.m., the matter was called for hearing. Having found no appearance made on behalf of Claimant and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the Application is DENIED.

###

Date: March 7, 2023

Maureen A. Tighe
United States Bankruptcy Judge